IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   SANDRA BATTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. CIV-17-24-D |
| (1)   METROPOLITAN BETTER LIVING CENTER, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff, and Defendant, by and through their counsel of record, pursuant to Fed. R. Civ. P. 41(a), and hereby stipulate the above-styled and numbered action shall be, and hereby is, dismissed in its entirety with prejudice as to the above named parties and all related entities without any finding of wrongdoing. This Dismissal with Prejudice shall apply to all claims that were, or which could have been asserted against either party in this action. The parties shall be solely responsible for their own attorneys' fees and costs.

APPROVED:

*s/Jeff A. Taylor*
Jeff A. Taylor, OBA #17210
The Offices of Deep Fork Creek
5613 N. Classen Blvd.
Oklahoma City, OK 73118
Telephone: (405) 286-1600
Facsimile (405) 842-6132

*s/Kwame T.Mumina*
Kwame T. Mumina (signed by filing attorney with Permission)
GREEN JOHNSON MUMINA & D'ANTONIO
400 N. Walker Avenue, Suite 100
Oklahoma City, Oklahoma 73102